## LIMITED POWER OF ATTORNEY
## LIMITED TO ONE TRANSACTION ONLY

CBS Corporation appoints The Locator Services Group Ltd., acting through its General Counsel and staff, as its lawful attorney in fact for the sole purpose of recovering or obtaining a credit of unclaimed funds or an outstanding obligation held on behalf of Viacom Outdoor Inc in the amount of $4,917.53.

CBS Corporation grants its attorney in fact the authority to do all things reasonably necessary to recover or obtain credit of the unclaimed funds or outstanding obligation due to Viacom Outdoor Inc. Such acts shall include, but are not limited to: engaging in verbal or written communication with the holder of the funds or obligation; executing and filing all documents necessary to facilitate the payment or credit of the unclaimed funds or obligation; receiving written correspondence and all other documentation relevant to the payment or credit of the unclaimed funds or outstanding obligation; and receiving possession of the payment of these funds on behalf of CBS Corporation.

The Locator Services Group Ltd., as attorney in fact, may not make any expenditure or incur any costs on behalf of Viacom Outdoor Inc or CBS Corporation.

Signed this 18th day of May, 2009.

CBS Corporation

By: _Chris F_____

Print Name: _Chris Fontana_____

Title: _Tax Director_____

Tax ID No. _04-2949533_____
(Required for identification purposes)

---

State of _____
County of _____

Stephanie Marcus
New York State Notary Public
#02MA5082032
Qualified In Kings County
Commission Exp. July 14, 2011

Before me _Chris Fontana_____ personally appeared and acknowledged to me that he/she is the person(s) whose name(s) is subscribed within the instrument and acknowledged that the execution thereof to be his/her free act.

Notary Signature: _____

My Commission Expires: _July 14, 2011_

NOTARY SEAL

TLSG Reference Number: 141CBS



**CHRIS FONTANA**
SENIOR TAX MANAGER
STATE AND LOCAL TAX

**CBS CORPORATION**
51 WEST 52 STREET
NEW YORK, NEW YORK 10019-6188

(212) 975-7197
CELL: (646) 644-3272
FAX: (954) 202-8745
chris.fontana@cbs.com

FILE No.083 01/09 '06 00:57   ID:CSC                    FAX:850 558 1515                    PAGE    3/ 3



PAGE  1

### The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE SAID "VIACOM OUTDOOR INC.", FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "CBS OUTDOOR INC.", THE TWENTY-NINTH DAY OF DECEMBER, A.D. 2005, AT 9:10 O'CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF AMENDMENT IS THE SECOND DAY OF JANUARY, A.D. 2006.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE NOT HAVING BEEN CANCELLED OR DISSOLVED SO FAR AS THE RECORDS OF THIS OFFICE SHOW AND IS DULY AUTHORIZED TO TRANSACT BUSINESS.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE BEEN PAID TO DATE.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL REPORTS HAVE BEEN FILED TO DATE.



2337422   8320

060018243

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 4432074

DATE: 01-09-06

SEC Info     Home     Search     My Interests     Help     Sign In     *Please Sign In*

# CBS Corp · 10-K · For 12/31/08 · EX-21

Filed On 2/25/09 5:04pm ET · SEC File 1-09553 · Accession Number 1047469-9-1824

Find [  ] in [this entire Filing.]   Show [Docs searched] and [every "hit".]
Help... *Wildcards:* ? (any letter), * (many). *Logic:* for Docs: & (and), | (or); for Text: | (anywhere), "(&)" (near).

| As Of | Filer | Filing | As/For/On | Docs:Pgs |
|---|---|---|---|---|
| 2/25/09 | CBS Corp | 10-K | 12/31/08 | 25:487 |

## Annual Report · Form 10-K
### Filing Table of Contents

| Document/Exhibit | Description | Pages | Size |
|---|---|---|---|
| 1: 10-K | Annual Report | HTML | 1,528K |
| 2: EX-4.(F) | Instrument Defining the Rights of Security Holders | HTML | 94K |
| 3: EX-10.(D) | Material Contract | HTML | 9K |
| 4: EX-10.(E) | Exibit 10(E) | HTML | 53K |
| 5: EX-10.(F) | Material Contract | HTML | 78K |
| 6: EX-10.(G) | Material Contract | HTML | 64K |
| 7: EX-10.(H) | Material Contract | HTML | 14K |
| 8: EX-10.(J) | Material Contract | HTML | 24K |
| 9: EX-10.(M) | Material Contract | HTML | 26K |
| 10: EX-10.(N) | Material Contract | HTML | 23K |
| 11: EX-10.(O) | Material Contract | HTML | 26K |
| 12: EX-10.(P) | Material Contract | HTML | 17K |
| 13: EX-10.(Q) | Material Contract | HTML | 36K |
| 14: EX-10.(R)(I) | Material Contract | HTML | 55K |
| 15: EX-10.(R)(II) | Material Contract | HTML | 57K |
| 16: EX-10.(R)(V) | Material Contract | HTML | 129K |
| 17: EX-10.(T) | Material Contract | HTML | 14K |
| 18: EX-12 | Statement re: Computation of Ratios | HTML | 38K |
| 19: **EX-21** | **Subsidiaries of the Registrant** | **HTML** | **200K** |
| 20: EX-23.(A) | Consent of Experts or Counsel | HTML | 9K |
| 21: EX-24 | Power of Attorney | HTML | 43K |
| 22: EX-31.(A) | Certification per Sarbanes-Oxley Act (Section 302) | HTML | 13K |
| 23: EX-31.(B) | Certification per Sarbanes-Oxley Act (Section 302) | HTML | 13K |
| 24: EX-32.(A) | Certification per Sarbanes-Oxley Act (Section 906) | HTML | 10K |
| 25: EX-32.(B) | Certification per Sarbanes-Oxley Act (Section 906) | HTML | 10K |

**EX-21 · Subsidiaries of the Registrant**

*This is an EDGAR HTML document rendered as filed.* [ *Alternative Formats* ]

[ Sponsored Ads... ]

Exhibit 21

## Subsidiaries of CBS Corporation
### (as of February 1, 2009)

**DOMESTIC**

| Subsidiary Name | Place of Incorporation or Organization |
|---|---|
| 13 Investments LLC | Louisiana |
| 13 Productions LLC | Louisiana |
| 13 Radio Corporation | Delaware |
| 90210 Productions, Inc. | California |
| A.S. Payroll Company, Inc. | California |
| Aaron Spelling Productions, Inc. | California |
| Acorn Pipe Line Company | Texas |
| Acorn Properties, Inc. | Texas |
| Acorn Trading Company | Texas |
| Addax Music Co., Inc. | Delaware |
| Aetrax International Corporation | Delaware |
| Ages Electronics, Inc. | Delaware |
| Ages Entertainment Software LLC | Delaware |
| All is Forgiven Productions (General Partnership) | California |
| All Media Inc. | Delaware |
| ALTSIM Inc. | Delaware |
| Amadea Film Productions, Inc. | Texas |
| Amazing Race Productions Inc. | Delaware |
| Anastasia Advertising Art, Inc. | Florida |
| Antilles Oil Company, Inc. | Puerto Rico |
| A-R Acquisition Corp. | Delaware |
| Around the Block Productions, Inc. | Delaware |
| Aspenfair Music, Inc. | California |
| Atlanta Television Station WUPA Inc. | Delaware |
| Atlantic Prospect, Inc. | New York |
| Audio House, Inc., The | California |
| Avery Productions LLC | Delaware |
| BAPP Acquisition Corporation | Delaware |
| Bay County Energy Systems, Inc. | Delaware |
| Bay County Resource Management, Inc. | Delaware |
| Beverlyfax Music, Inc. | California |
| Big Ticket Music Inc. | Delaware |
| Big Ticket Pictures Inc. | Delaware |
| Big Ticket Productions Inc. | Delaware |
| Big Ticket Television Inc. | Delaware |
| Blackrock Insurance Corporation | New York |
| Blue Cow Inc. | Delaware |
| Bombay Hook LLC | Delaware |
| Bonneville Wind Corporation | Utah |
| Branded Productions, Inc. | California |
| Brotherhood Productions, Inc. | Rhode Island |

| Subsidiary Name | Place of Incorporation or Organization |
|---|---|
| Bruin Music Company | Delaware |
| Bustop Shelters of Nevada, Inc. | Nevada |
| C&W Land Corporation | New Jersey |
| C-28 FCC Licensee Subsidiary, LLC | Delaware |
| Caroline Films Productions, Inc. | California |
| CBS/CTS Inc. | Delaware |
| CBS/Westinghouse of PA Inc. | Delaware |
| CBS (PDI) Distribution Inc. | Delaware |
| CBS Advertiser Services Inc. | Delaware |
| CBS Asia Inc. | Delaware |
| CBS Broadcast International Asia Inc. | New York |
| CBS Broadcasting Inc. | New York |
| CBS Broadcasting West Inc. | Delaware |
| CBS Collegiate Sports Properties Inc. | Delaware |
| CBS Communications Services Inc. | Delaware |
| CBS Communications Technology Group Inc. | Delaware |
| CBS Consumer Products Inc. | Delaware |
| CBS Corporate Services Inc. | Delaware |
| CBS CW Network Partner LLC | Delaware |
| CBS Dallas Media, Inc. | Delaware |
| CBS Dallas Ventures, Inc. | Texas |
| CBS DBS Inc. | Delaware |
| CBS Employee Services Inc. | Delaware |
| CBS Entertainment Services Inc. | Delaware |
| CBS Executive Services Corporation | Delaware |
| CBS Film Funding Company Inc. | Delaware |
| CBS Films Inc. | Delaware |
| CBS First Run Development Company | Delaware |
| CBS First Run Limited | Delaware |
| CBS Foundation Inc. | New York |
| CBS General Entertainment Australia Inc. | Delaware |
| CBS IDA Inc. | Delaware |
| CBS Interactive Inc. | Delaware |
| CBS Interactive Media Inc. | Delaware |
| CBS IRB Acquisition Inc. | Delaware |
| CBS Japan Inc. | Delaware |
| CBS K-Band Inc. | Delaware |
| CBS Leasing LLC | Delaware |
| CBS Lodge Holdings LLC | Delaware |
| CBS Mass Media Corporation | Delaware |
| CBS MaxPreps Inc. | California |
| CBS Media Realty Corporation | New York |
| CB Music LLC | Delaware |
| CBS News Communications Inc. | New York |
| CBS News Inc. | Delaware |
| CBS Operations Inc. | Delaware |
| CBS Operations Investments Inc. | Delaware |
| CBS Operations Services Inc. | Delaware |

2

| Subsidiary Name | Place of Incorporation or Organization |
|---|---|
| CBS Outdoor Group Inc. | Delaware |
| CBS Outdoor Inc. | Delaware |
| CBS Outdoor Investments Inc. | Delaware |
| CBS Outdoor L.A. Inc. | Delaware |
| CBS Outdoor Mexico Inc. | Delaware |
| CBS Outdoor Puerto Rico, Inc. | Puerto Rico |
| CBS Outernet Inc. | Delaware |
| CBS Overseas Inc. | New York |
| CBS Overseas Productions Two Inc. | Delaware |
| CBS Phoenix Inc. | Delaware |
| CBS Pictures Overseas Inc. | Delaware |
| CBS PNW Sports Inc. | Delaware |
| CBS Radio East Holdings Corporation | Delaware |
| CBS Radio East Inc. | Delaware |
| CBS Radio Holdings Corp. of Massachusetts | Delaware |
| CBS Radio Holdings Corp. of Orlando | Delaware |
| CBS Radio Holdings, Inc. | Virginia |
| CBS Radio Inc. | Delaware |
| CBS Radio Inc. of Atlanta | Delaware |
| CBS Radio Inc. of Baltimore | New York |
| CBS Radio Inc. of Boston | Delaware |
| CBS Radio Inc. of Chicago | Delaware |
| CBS Radio Inc. of Detroit | Delaware |
| CBS Radio Inc. of Florida | Delaware |
| CBS Radio Inc. of Glendale | Delaware |
| CBS Radio Inc. of Illinois | Delaware |
| CBS Radio Inc. of Los Angeles | Delaware |
| CBS Radio Inc. of Maryland | Delaware |
| CBS Radio Inc. of Michigan | Delaware |
| CBS Radio Inc. of Northern California | Delaware |
| CBS Radio Inc. of Philadelphia | Delaware |
| CBS Radio Inc. of Tampa | Delaware |
| CBS Radio Inc. of Washington | Delaware |
| CBS Radio Inc. of Washington, D.C. | Delaware |
| CBS Radio KFRC-AM Inc. | Delaware |
| CBS Radio KMVQ-FM Inc. | Delaware |
| CBS Radio Media Corporation | Delaware |
| CBS Radio Network Inc. | Delaware |
| CBS Radio of Sacramento Inc. | Pennsylvania |
| CBS Radio Partner I Inc. | Delaware |
| CBS Radio Promotions Group Inc. | Delaware |
| CBS Radio Sales Company | Delaware |
| CBS Radio Services Inc. | Delaware |
| CBS Radio Stations Inc. | Delaware |
| CBS Radio Technical Services Inc. | Delaware |
| CBS Radio Texas Partner II Inc. | Delaware |
| CBS Radio Tower Inc. | Delaware |
| CBS Radio Ventures, Inc. | Delaware |

3

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE: | Case No. 02-31265 |
| AMCO INSURANCE AGENCIES, INC. | Chapter 7 |
| Debtor(s). | APPLICATION TO PAY FUNDS INTO THE REGISTRY UNDER 11 U.S.C. §347 (a) |

The undersigned trustee reports:

_____ The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

__X__ More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, *et seq*).

Dated   03/30/09

                  /s/ Ronald J. Sommers
                Ronald J. Sommers
                2800 POST OAK BLVD 61st Floor
                Houston TX 77056

## CERTIFICATE OF SERVICE

I, Ronald J. Sommers, hereby certify that a true and correct copy of this Motion to Pay Funds into the Registry Under 11 U.S.C. § 374 (A) has been delivered via electronic transmission (ECF) to the U. S. Trustee, at 515 Rusk Avenue, Suite 3516, Houston, Texas  77002 via electronic transmission (ECF), on this 30th day of March, 2009.

                 / Ronald J. Sommers
                Ronald J. Sommers

## EXHIBIT "A"

Please check one:

___        Small Dividends

_XX_      Unclaimed Dividends

| Name & Address | Claim No. | Amount |
|---|---|---|
| MICRO WAREHOUSE, INC.<br>1720 OAK STREET<br>LAKEWOOD, NJ 08701 | 48 | 1,646.00 |
| WILLACY COUNTY<br>192 N. 3RD STREET<br>RAYMONDVILLE, TX 78580 | 89 | 24.88 |
| DUVAL COUNTY<br>P.O. BOX 337<br>SAN DIEGO, TX 78384 | 95 | 19.87 |
| PONT ISABEL ISD<br>C/O LORI ROBERTSON<br>P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | 106 | 47.58 |
| CARRIZO SPRINGS<br>P.O. BOX 6158<br>SAN ANTONIO, TX 78209 | 16 | 52.96 |
| TAXING DIST. COLLECTED BY POTTER COUNTY<br>PERDUE BRANDON<br>P.O. BOX 9132<br>AMARILLO, TX 79105 | 70 | 65.31 |
| VERIZON DIRECTORIES CORP.<br>P.O. BOX 619810<br>DFW AIRPORT, TX 75261-9810 | ALLOWED CLAIM | 6,286.15 |
| CCC INFORMATION SERVICES<br>P.O. BOX 701727<br>SAN ANTONIO, TX 78270 | ALLOWED CLAIM | 9,789.41 |
| CITY OF EL PASO<br>C/O DAVID G. AELVOET<br>711 NAVARRO, SUITE 300<br>SAN ANTONIO, TX 78205 | 136 | 173.07 |
| WILLACY COUNTY<br>192 N. 3RD STREET<br>RAYMONDVILLE, TX 78580 | 89 | 4.32 |

| Name & Address | Claim No. | Amount |
|---|---|---|
| DUVAL COUNTY<br>P.O. BOX 337<br>SAN DIEGO, TX 78384 | 95 | 3.45 |
| PONT ISABEL ISD<br>C/O LORI ROBERTSON<br>P.O. BOX 17428<br>AUSTIN, TX 78760-7428 | 106 | 8.26 |
| POTTER COUNTY<br>PERDUE BRANDON<br>P.O. BOX 9132<br>AMARILLO, TX 79105 | 70 | 6.70 |
| CLEMENT H.S. CHANG<br>P.O. BOX 441794<br>HOUSTON, TX 77244 | ALLOWED CLAIM | 309.05 |
| LEAGUE CITY SPECIALITY SHOPPING CENTER<br>5850 SAN FELIPE, SUITE 500<br>HOUSTON, TX 77057 | 42 | 565.65 |
| WORLEY CLAIMS SERVICE, INC.<br>RICCI & GREPERT<br>210 BARONE ST.<br>NEW ORLEANS, LA 70112 | 44 | 404.78 |
| JAMES BORROWMAN III<br>P.O. BOX 131538<br>THE WOODLANDS, TX 77393 | 46 | 675.45 |
| CITICORP VENDOR FINANCE, INC.<br>ASSIGNEE OF KONICA<br>1800 OVERCENTER DR.<br>MOBERLY, MO 65270 | 17 | 1,251.06 |
| CLARK SCOTT & STREETMAN PA<br>P.O. BOX 13847<br>JACKSON, MS 39236 | 53 | 43.00 |
| VIACOM OUTDOOR, INC.<br>3238 N. 16TH STREET<br>PHOENIX, AX 85016 | 69 | 4,917.53 |
| OFFICE DEPOT, INC.<br>8208 E. 32ND NORTH<br>WICHITA, KS 67226 | 72 | 270.62 |

| Name & Address | Claim No. | Amount |
|---|---|---|
|  |  |  |
| TOTAL: |  | $26,565.10 |