

ENTERED
08/10/2009

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS

In Re: § Case No. 02-31265

Amco Insurance Agencies §
§ #734
Debtor(s). §

## Order for Payment of Unclaimed Funds

Upon the application of **Rodney Christo, VP + Controller**, seeking payment of $ **9,789.41** representing funds previously unclaimed by

CCC Information Services, Inc
PO Box 701727
San Antonio, TX 78270

a creditor or debtor in the above-entitled case, and it appearing from the application and supporting documentation that **CCC Information Services, Inc** is entitled to the unclaimed funds, it is

Ordered that the Clerk pay $ **9,789.41** to:

CCC Information Services Inc
Att: Rodney Christo
222 Merchandise Mart, Suite 900
Chicago, IL 60654

Signed this **AUG 0 7 2009**, _____.

United States Bankruptcy Judge