# DILKS & KNOPIK, LLC

"When Success Matters"

March 30, 2016

United State Bankruptcy Court
Southern District of Texas
Attn: Intake
PO Box 61010
Houston, TX 77208

United States District Court
Southern District of Texas
FILED

APR 05 2016

David J. Bradley, Clerk of Court

Re: Application for the Release of Unclaimed Funds:

    Case No:    02-31265

    Amount:    $6,286.15

    Debtor:    Amco Insurance Agencies, Inc.

    Creditor:    Verizon Directories Corp.

Dear Friends:

I am writing to inquire about the status of an application that was filed with the court on 1/8/2016. The application was filed by Dilks & Knopik, LLC, on behalf of Dex Media, Inc., for the recovery of unclaimed funds held in the amount of $6,286.15 and appears on the case Docket at #748.

We have not received payment or other correspondence from court regarding this application. Please provide us with an update on the status of this Application.

Thank you for your time in reviewing this inquiry. You may indicate the status of this application via e-mail to andrew.drake@dilksknopik.com. Please contact me if there is an issue with the application that requires our attention.

Sincerely,

Dilks & Knopik, LLC

Andrew Drake

35308 SE Center Street
Snoqualmie, WA 98065

Phone: 877-836-5728 x113
Fax: 877-209-8249
Email: admin@dilksknopik.com

www.dilksknopik.com