UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

ENTERED
04/14/2016

IN RE:

Amco Insurance Agencies, Inc.

               (Debtor),

BANKRUPTCY CASE NUMBER
02-31265

## ORDER TO PAY UNCLAIMED FUNDS   #748

It appearing that the check made payable to Verizon Directories Corp., in the amount of $6,286.15, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered on 03/30/2009 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Dex Media, Inc. c/o Dilks & Knopik, LLC is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $6,286.15 to Dex Media, Inc. at the following address:

    Dex Media, Inc.
    C/o Dilks & Knopik, LLC
    35308 SE Center St,
    Snoqualmie, WA  98065

Signed: April 14, 2016

                                                   Karen K. Brown
                                          United States Bankruptcy Judge

Unclaimed.fds
06/23/98